COMMISSIONER OF INTERNAL REVENUE v. Mildred ECKHARD.

No. 4001.

United States Court of Appeals.
Tenth Circuit.

Oct. 14, 1950.

Theron L. Caudle, Assistant Attorney General, and Ellis N. Slack, Special Assistant to Attorney General, Department of Justice, for petitioner.

John E. Marshall and Douglass, Felix & Spradling, all of Oklahoma City, Okl., for respondent.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Reversed pursuant to stipulation on September 7, 1950, on authority of Eckhard v. Commissioner of Internal Revenue, 10 Cir., 182 F.2d 547.

James HANNA et al., Libellants-Appellants, v. The Steamship METEOR, her engines, etc., and Abe Krause et al., Claimants-Appellees.

No. 34, Docket 21718.

United States Court of Appeals
Second Circuit.

Argued Oct. 6, 1950.

Decided Oct. 6, 1950.

Logan Cresap, Jr., New York City, for libellants-appellants.

Bernard Tompkins, New York City, for claimants-appellees.

Before L. HAND, Chief Judge, and SWAN and CLARK, Circuit Judges.

PER CURIAM.

Decree, 92 F.Supp. 530, affirmed in open court on the authority of Hanna v. S. S. Meteor, 2 Cir., 179 F.2d 957.